# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| L. Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Mayo Clinic,<br><br>    Defendant. | No. CV-24-1509-PHX-DGC<br><br>**ORDER** |

**IT IS ORDERED** that this matter is referred by random lot to United States Magistrate Judge Deborah M. Fine for a settlement conference. Counsel are directed to jointly contact Magistrate Judge Fine's Chambers at 602-322-7630 no later than **March 21, 2025**, to schedule a date and time for the settlement conference and for instructions regarding preparation for such conference.

Dated this 13th day of March, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

1