IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| L. Doe,<br><br>            Plaintiff,<br><br>v.<br><br>Mayo Clinic,<br><br>            Defendant. | No.  CV-24-01509-PHX-DGC<br><br><br>**ORDER** |

On March 13, 2025, this matter was referred to the undersigned for the purpose of conducting a settlement conference (Doc. 34).  The undersigned recuses from any further action in the above-captioned matter.  The Clerk of Court has randomly assigned the settlement conference referral to a different United States Magistrate Judge.

Accordingly,

**IT IS ORDERED** referring this matter to United States Magistrate Judge Jacqueline M. Rateau for the purpose of conducting a settlement conference.  Counsel are directed to contact Judge Rateau's chambers (520-205-4640) within fourteen (14) days to schedule a date and time for the settlement conference.

Dated this 14th day of March, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge

cc:    JMR