# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| L. Doe, | No. CV-24-01509-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Mayo Clinic, | |
| Defendant. | |

This case has been referred to United States Magistrate Judge Jacqueline M. Rateau for a Settlement Conference. (Doc. 37.) Pursuant to Rule 16(a)(5) of the Federal Rules of Civil Procedure and 28 U.S.C. §473(b)(5),

**IT IS ORDERED:**

- All parties shall appear by video teleconference before the undersigned United States Magistrate Judge on **Tuesday, July 15, 2025,** at **9:30 a.m**. The Court's IT department will provide the parties with connection information prior to the Conference;

- Counsel who will be responsible for trial shall personally appear and participate. Additionally, representatives of the parties with full and binding authority to dismiss and settle the case must be present unless expressly excused for good cause;

- Prior to the Conference, the parties shall negotiate and make a good faith effort to settle the case. Plaintiff must deliver a written settlement demand to Defendant at least fourteen (14) days before the Conference. Defendant must deliver a written

response to Plaintiff at least seven (7) days before the Conference;

- The parties shall each prepare and e-mail a Confidential Settlement Conference Memorandum at least seven (7) days before the Conference directly to chambers at: rateau_chambers@azd.uscourts.gov. The parties shall not file their Memoranda with the Clerk of the Court and shall not exchange their Memoranda with opposing counsel. The parties may include with their Memoranda, copies of exhibits they would like the Magistrate Judge to review, however, the parties need not include copies of any documents that are already part of the record. Instead, the parties shall direct the Magistrate Judge to the location of any such documents;

- The Memorandum shall not exceed ten (10) pages, exclusive of exhibits, which shall not exceed five (5) in number, and shall contain the following information:

    1. A brief recitation of the facts;

    2. A discussion of the claims and issues, including rulings on relevant motions, and any pending or anticipated motions;

    3. Whether there are any lienholders;

    4. The status of discovery, the current trial date, the anticipated length of trial, and whether it is a jury trial;

    5. A summary of settlement discussions to date;

    6. An estimate of the fees and costs incurred to date, as well as an estimate of those to be expended for further discovery, dispositive motions, and trial;

    7. A reasonable estimate of Plaintiff's alleged damages; and

    8. Any other information that the parties believe would help the Magistrate Judge facilitate the Conference.

- During the Conference, the Magistrate Judge will have ex parte communications with each side. The Magistrate Judge's role will be as a facilitator, a line of communication between the parties and if requested, as an evaluator. In fulfilling these roles, the Magistrate Judge will repeat many things stated in caucus but will confirm what is or is not confidential before going into the other caucus room. While the Magistrate Judge is in the other caucus room, the parties are expected to continue developing information that will be useful in presenting their position to the other side;

- A successful Conference will conclude with either a written agreement or an avowal from the parties that although they tried their best to settle the case, it is one that

must go to trial.  If the dispute is resolved at the Conference, the parties will sign a written document outlining the essential terms of the agreement.  At the conclusion of the Conference, the Magistrate Judge will notify the District Judge whether an agreement has been reached;

- Rule 408 of the Federal Rules of Evidence will apply to all aspects of the Conference. All communications and information exchanged that is not otherwise discoverable, will not be admissible in evidence for any purpose. At the conclusion of the Conference, all documents submitted by the parties will be returned, destroyed or otherwise disposed of in the manner directed by the Magistrate Judge;

- In the event one or more of the parties believe that the Conference would be futile, because, for example, a party or insurer has adopted a position from which they refuse to deviate, the parties shall notify the Magistrate Judge in writing at least five (5) business days before the Conference. If provided with a futility notice, the Magistrate Judge will arrange a telephonic conference with both attorneys as soon as possible. If the Magistrate Judge is not provided with a futility notice, the Magistrate Judge will presume that parties believe there is a reasonable, good faith opportunity for settlement; and

- Absent good cause, if any party, counsel, or representative fails to promptly appear at the Conference, fails to comply with the terms of this Order, is substantially unprepared to meaningfully participate, or fails to participate in good faith, the Magistrate Judge may impose sanctions pursuant to Rules 16(f) and 37(b)(2) of the Federal Rules of Civil Procedure.

Dated this 25th day of March, 2025.

_____
Honorable Jacqueline M. Rateau
United States Magistrate Judge