# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| L. Doe,<br><br>        Plaintiff,<br><br>v.<br><br>Mayo Clinic,<br><br>        Defendant. | No. CV-24-01509-PHX-DGC<br><br>**ORDER** |

To accommodate the Court,

**IT IS HEREBY ORDERED** that the undersigned recuses herself as settlement judge in the above referenced matter and refers this matter to United States Magistrate Judge James E. Marner for the purpose of conducting the Settlement Conference that is set for July 15, 2025, at 9:30 a.m. The parties are to use the Zoom link that has already been provided to them. The parties are to submit their position statements as directed in this Court's Order dated March 25, 2025, to Marner_Chambers@azd.uscourts.gov and Amanda_Damianakos@azd.uscourts.gov.

Dated this 27th day of May, 2025.

Honorable Jacqueline M. Rateau
United States Magistrate Judge