IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| L. Doe,<br><br>   Plaintiff,<br><br>v.<br><br>Mayo Clinic, a foreign non-profit corporation d/b/a Mayo Clinic Alix School of Medicine,<br><br>   Defendant. | No. CV-24-1509-PHX-DGC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL** |

Having considered the parties' Notice of Lodging and Unopposed Motion to File Under Seal and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion (Doc. 83) is **granted**.

**IT IS FURTHER ORDERED** the Clerk of Court shall file under seal Docs. 84 and 85 with the same date and filing number.

Dated this 9th day of March, 2026.

_David G. Campbell_
David G. Campbell
Senior United States District Judge